**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-12-0001022**
**06-JUN-2013**
**09:38 AM**

NO. CAAP-12-0001022

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DEUTSCHE BANK NATIONAL TRUST COMPANY,
as Trustee of Indymac Residential Mortgage-Backed Trust,
Series 2006-L1, Residential Mortgage-Backed Certificates,
Series 2006-L1, Plaintiff-Appellee,
v.
BRUCE WHITE, Defendant-Appellant,
and
JOHN AND MARY DOES 1-20, DOE PARTNERSHIPS,
CORPORATIONS, OR OTHER ENTITIES, 1-20, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 07-1-0544(2))

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) On November 18, 2012, Defendant-Appellant Bruce White (Appellant), pro se, filed a notice of appeal;

(2) The record on appeal was filed January 18, 2013;

(3) On March 28, 2013, the court extended the due date for the opening brief to May 7, 2013;

(4) Appellant did not file an opening brief;

(5) On May 16, 2013, the appellate clerk informed Appellant that the time for filing the opening brief had expired and, pursuant to Rule 30 of the Hawai'i Rules of Appellate Procedure, the matter would be called to the court's attention on May 27, 2013,[1] for such action as the court deems proper, which could include dismissal; and

(6) Thereafter, Appellant did not file an opening brief, or respond to the notice of default. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i,  June 6, 2013.

Chief Judge

Associate Judge

Associate Judge

---

[1]  Where May 27, 2013, was a legal holiday, the matter was called to the court's attention the next day that was not a Saturday, Sunday, or legal holiday. See HRAP Rule 26(a).